04-72694-CMS13
1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

Katrina Washington              }   Case No: 04-72694-CMS13
SSN: XXX-XX-8426                }
   DEBTOR(S).                   }
                                }
                                }

## ORDER GRANTING

This matter came before the Court on Thursday, June 28, 2007 09:00 AM, for a hearing on the following:
   RE: Doc #46; Debtor's Motion to Vacate Order of Dismissal dated May 16, 2007 and
   Transfer Case to the Northern District of Illinois

Proper notice of the hearing was given and appearances were made by the following:
   C David Cottingham, Trustee
   Rod Cameron Shirley, attorney for Debtor

It is therefore ORDERED ADJUDGED and DECREED that:

THE DEBTOR'S MOTION TO RECONSIDER ORDER OF DISMISSAL AND SET ASIDE SAID ORDER IS GRANTED. THE ORDER DISMISSING DEBTOR'S CASE DATED MAY 16, 2007 IS SET ASIDE. THE TRUSTEE'S MOTION TO DISMISS (DKT #39) IS WITHDRAWN.

THE DEBTOR'S MOTION TO TRANSFER CASE TO NORTHERN DISTRICT OF ILLINOIS AT 219 SOUTH DEARBORN, CHICAGO, IL 60604 IS GRANTED.

C DAVID COTTINGHAM, CHAPTER 13 STANDING TRUSTEE, IS DISCHARGED AND RELIEVED OF HIS TRUST AND THAT THE BOND OF THE SAID TRUSTEE IS CANCELLED.

ALL FUTURE PLAN PAYMENTS IN SAID CASE SHALL BE MADE TO NEW TRUSTEE TO BE APPOINTED IN THE CASE.

Dated: 07/05/2007                          /s/ C. MICHAEL STILSON
                                           C. MICHAEL STILSON
                                           United States Bankruptcy Judge